## ~~PROPOSED~~ ORDER/COVER SHEET

**TO:** Honorable Thomas S. Hixson  
U.S. Magistrate Judge

**RE:** THAYER, Vincent Scott

**FROM:** Yaneyla Arevalo Arellano  
U.S. Pretrial Services Officer

**Docket No.:** 3:25-cr-00167-SI-1

**Date:** 7/2/25

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Yaneyla Arevalo Arellano  
U.S. Pretrial Services Officer

415-436-7510  
**TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge _____ Presiding District Court Judge _____

☑ I ~~agree with the recommendation of the Pretrial Services Officer and~~ hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

    A. ~~Defendant must not travel outside of the Northern District, Central District, and Eastern District of California, and the District of Nevada to travel to Lake Tahoe, with prior permission from Pretrial Services.~~ Defendant may travel to the Eastern District of California and the District of Nevada to go to Lake Tahoe, with prior permission from Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____  
_____  
_____

**JUDICIAL OFFICER** [signature]  
**DATE** July 3, 2025

Hon. Thomas S. Hixson  
U.S. Magistrate Judge