Benjamin N. Gluck – State Bar No. 203997
    bgluck@birdmarella.com
William E. Johnston – State Bar No. 287707
    wjohnston@birdmarella.com
Sophie M. Kosmacher – State Bar No. 350325
    skosmacher@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Vincent Scott Thayer

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:25-cr-00167 SI |
| Plaintiff, | [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO PERMIT TRAVEL |
| v. | |
| VINCENT SCOTT THAYER, | Assigned to Hon. Susan Illston |
| Defendant. | Referred to Hon. Thomas S. Hixson |

### [PROPOSED] ORDER

Pursuant to Defendant Vincent Thayer's Unopposed Motion To Travel, and good cause appearing, the Court orders:

Defendant Vincent Scott Thayer is permitted to travel to Hawaii, on May 22, 2026, for a family vacation and return on May 30, 2026, subject to any further conditions imposed by Pretrial Services.  Before travelling, Mr. Thayer must provide a detailed itinerary to his Pretrial Services Officer.

All other terms and conditions of Defendant's bond and pre-trial release are unchanged and remain in effect except as explicitly changed by the Court (*see* ECF Nos. 17 and 18).

**IT IS SO ORDERED.**

DATED: January 30, 2026

Hon. Thomas S. Hixson
United States Magistrate Judge