UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

     v.

VINCENT SCOTT THAYER,

          Defendant.

Case No. 25-cr-00167-SI-1

**ORDER RE: REASSIGNMENT**

The Court requests that the Clerk reassign this case.

**IT IS SO ORDERED**.

Dated: June 26, 2026

SUSAN ILLSTON
United States District Judge