Benjamin N. Gluck - State Bar No. 203997
    bgluck@birdmarella.com
William E. Johnston - State Bar No. 287707
    wjohnston@birdmarella.com
Sophie M. Kosmacher - State Bar No. 350325
    skosmacher@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Vincent Scott Thayer

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | CASE NO. 25-CR-00167 |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| vs. | |
| VINCENT SCOTT THAYER | Assigned to: Hon. Charles R. Breyer |
| Defendant. | |

6043553.1

Case No. CR. 25-00167

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

Defendant Vincent Scott Thayer and Plaintiff United States of America hereby agree and stipulate as follows:

WHEREAS, this case was reassigned to Judge Charles R. Breyer on June 30, 2026,

WHEREAS, on June 30, 2026, this Court scheduled a status conference for July 22, 2026;

WHEREAS, defense counsel has a conflict on July 22, 2026, due to the graduation ceremony of an immediate family member;

WHEREAS, the next available date for all counsel on the Court's regular Case Management Calendar is August 26, 2026;

**NOW, THEREFORE**, the Parties hereby stipulate and respectfully request that the Court continue the Case Management Conference currently scheduled for July 22, 2026, to August 26, 2026, at 1:30 p.m.

**IT IS SO STIPULATED.**

DATED:  July 9, 2026                    Respectfully submitted,

Benjamin N. Gluck
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP


By:    /s/Benjamin N. Gluck
          Benjamin N. Gluck
       Attorneys for Vincent Scott Thayer

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

DATED:  July 9, 2026                    Respectfully submitted,

Craig H. Missakian
  United States Attorney
Jeff Mitchell
  Chief, Criminal Division
Zachary G.F. Abrahamson
  Assistant United States Attorney
Matthew R. Belz
Lauren R. Randell
  Trial Attorneys


By: _____ */s/ Matthew R. Belz* _____

Attorneys for United States of America

## <u>ATTORNEY'S E-FILING ATTESTATION</u>

Pursuant to Local Rule 5-1(i)(3), as the attorney e-filing this document, I hereby attest that concurrence in the filing of this document has been obtained from Matthew R. Belz, whose electronic signature appears above.

By: _____/s/Benjamin N. Gluck_____

Benjamin N. Gluck

Attorneys for Vincent Scott Thayer

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties, and good cause having been shown, IT IS HEREBY ORDERED that the case management conference previously scheduled for July 22, 2026, is continued to August 26, 2026, at 1:30 p.m.

**IT IS SO ORDERED.**

DATED:    July 10, 2026

_____
THE HONORABLE CHARLES R. BREYER
United States District Judge