Benjamin N. Gluck – State Bar No. 203997
bgluck@birdmarella.com
William E. Johnston – State Bar No. 287707
wjohnston@birdmarella.com
Sophie M. Kosmacher – State Bar No. 350325
skosmacher@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Vincent Scott Thayer

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>VINCENT SCOTT THAYER,<br>Defendant. | CASE NO. 3:25-cr-00167 CRB<br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE TO PERMIT TRAVEL; AND ~~[PROPOSED]~~ ORDER**<br>Assigned to Hon. Charles R. Breyer |

Defendant Vincent Scott Thayer, by and through his undersigned counsel of record, and Plaintiff United States of America, by and through its counsel of record, Trial Attorney Lauren Randell, submit this stipulation and agreement, with the Court's approval, to modify Mr. Thayer's conditions of release to permit him to travel as follows, subject to any further conditions imposed by Pretrial Services:

1. A trip to Grand Rapids, Michigan (the Western District of Michigan's Lower Peninsula area), for a family visit to Mr. Thayer's grandmother and extended family from October 10, 2026, to October 17, 2026; and

2. A trip to Carlsbad, California (Southern District of California), for a family visit to Legoland from September 10, 2026, to September 14, 2026.

Pretrial Services Officer Jessica Portillo confirmed to Mr. Thayer on August 7, 2026, that her office has no objection to the travel.

Mr. Thayer's undersigned counsel, Benjamin N. Gluck, hereby attests that undersigned counsel for the United States concurs in the filing of this Stipulation.

DATED: August 17, 2026

Respectfully submitted,

Benjamin N. Gluck
William E. Johnston
Sophie M. Kosmacher
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: */s/ Benjamin N. Gluck*
Benjamin N. Gluck
Attorneys for Defendant Vincent Scott Thayer

DATED: August 17, 2026

Zachary G.F. Abrahamson
Assistant United States Attorney

Matthew R. Belz
Lauren R. Randell
Trial Attorneys
Fraud Section, Criminal Division
United States Department of Justice

Bv: */s/ Lauren R. Randall*
Lauren R. Randell
Attorneys for United States of America

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), as the attorney e-filing this document, I hereby attest that concurrence in the filing of this document has been obtained from Lauren R. Randell, whose electronic signature appears above.

By: */s/ Benjamin N. Gluck*
Benjamin N. Gluck
Attorneys for Defendant Vincent Scott Thayer

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' Stipulation to Modify Conditions of Release to Permit Travel by Defendant Vincent Scott Thayer, and good cause appearing, the Court orders as follows:

1. Defendant Vincent Scott Thayer is permitted to travel to Grand Rapids, Michigan, on October 10, 2026, for a family event and return on October 17, 2026, subject to any further conditions imposed by Pretrial Services.

2. Defendant Vincent Scott Thayer is permitted to travel to Carlsbad, California, on September 10, 2026, for a family event and return on September 14, 2026, subject to any further conditions imposed by Pretrial Services.

All other terms and conditions of Defendant's bond and pre-trial release are unchanged and remain in effect except as explicitly changed by the Court (*see* ECF Nos. 17 and 18).

**IT IS SO ORDERED.**

DATED: August 18, 2026

Honorable Thomas S. Hixson
United States Magistrate Judge