CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ZACHARY G.F. ABRAHAMSON (CABN 310951)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
zachary.abrahamson@usdoj.gov

MATTHEW R. BELZ (NY 0774921)
LAUREN R. RANDELL (DC 503129)

1400 New York Avenue, NW
Washington, D.C. 20530
Telephone: (202) 514-2000
matthew.belz@usdoj.gov
lauren.randell@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT SCOTT THAYER,<br><br>Defendant. | Case No. 25-cr-167-CRB<br><br>**[ ~~PROPOSED~~ ] MODIFIED SCHEDULING ORDER**<br><br>Trial Date: April 12, 2027 Courtroom: Courtroom 6, 17th Floor Hon. Charles R. Breyer |

Pursuant to the joint submission of the parties, the Court hereby adopts the following schedule for pretrial events in the above-captioned case set for trial on April 12, 2027:

| **Event** | **Date** |
|---|---|
| ~~Pretrial Motions (non-MILs)~~ | ~~January 12, 2027~~ |
| Government Expert Disclosures | January 12, 2027 |
| Pretrial Motion Oppositions | February 2, 2027 |

| Event | Date |
|---|---|
| | |
| ~~Pretrial Motion Replies~~ | ~~February 9, 2027~~ |
| Deadline for Rule 16, *Brady* Disclosures | February 11, 2027 |
| ~~Pretrial Motion Hearing~~ | ~~February 23, 2027~~ |
| Defense Expert Disclosures | February 24, 2027 |
| Preliminary Exhibit List (Government), 404(b) Disclosure | February 26, 2027 |
| Preliminary Exhibit List (Defendant) | March 5, 2027 |
| Proposed Supplemental Jury Questions | March 1, 2027 |
| Preliminary Witness List (Government) | March 10, 2027 |
| Co-Schemer/Conspirator Statements | March 10, 2027 |
| *Jencks*/Rule 26.2 Disclosures | March 10, 2027 |
| Government Charts & Summaries | March 10, 2027 |
| Motions in Limine | March 2, 2027 |
| *Daubert* Motions | March 2, 2027 |
| *Giglio* Disclosures | March 10, 2027 |
| Motions in Limine/*Daubert* Motion Oppositions | March 9, 2027 |
| Serve and File Final Exhibit and Witness Lists | March 22, 2027 |
| Trial Memos, Case Description (Joint), Proposed Jury Instructions, Verdict Form | March 22, 2027 |
| Pre-Trial Conf./Motions in Limine/*Daubert* Hearing | March 30, 2027 at 2:00 p.m. |

Jury Selection/Jury Trial set for April 12, 2027 at 9:15 a.m.

IT IS SO ORDERED.

DATED: September 17, 2026

CHARLES. R. BREYER
United States District Judge